UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-432-KKM-LSG

JUNIOR EDUARDO FERRUFINO ANDINO

### NOTICE OF CORPORATE VICTIMS

Pursuant to this Court's Standing Order (Doc. 4), the United States identifies the following corporate entity as an interested party:

Archer Western-de Moya Group Joint Venture II

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Christopher F. Murray
Christopher F. Murray
Assistant United States Attorney
United States Attorney No. 095
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Christopher.Murray@usdoj.gov

U.S. v. Ferrufino Andino                              Case No. 8:24-cr-432-KKM-LSG

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

>/s/ Christopher F. Murray
Christopher F. Murray
Assistant United States Attorney
United States Attorney No. 095
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Christopher.Murray@usdoj.gov